DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JEROME MICHAEL ENDSLEY, II

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. CR-S-09-00233 MCE |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
| v. | ) |
| JEROME MICHAEL ENDSLEY, II, | ) Date: July 16, 2009<br>) Time: 9:00 a.m.<br>) Judge: Morrison C. England, Jr. |
| Defendant. | ) |

   IT IS HEREBY STIPULATED AND AGREED TO between the United States of America through Michelle Rodriguez, Assistant United States Attorney, and Jerome Michael Endsley, II, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the Status Conference hearing date of July 16, 2009, be vacated and a new Status Conference hearing date of July 30, 2009, at 9:00 a.m. be set.

   This continuance is being requested because defense counsel needs additional time for ongoing defense investigation and preparation.

///

///

1    IT IS FURTHER STIPULATED that the period from July 16, 2009,
2 through and including July 30, 2009, be excluded in computing the time
3 within which trial must commence under the Speedy Trial Act, pursuant
4 to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for continuity and
5 preparation of counsel.

Dated: July 14, 2009

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        */s/ Matthew C. Bockmon*
                                        _____
                                        MATTHEW C. BOCKMON
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        JEROME MICHAEL ENDSLEY, II

Dated: July 14, 2009                      LAWRENCE G. BROWN
                                        Acting United States Attorney

                                        */s/ Matthew C. Bockmon for*
                                            *Michelle Rodriguez*
                                        _____
                                        MICHELLE RODRIGUEZ
                                        Assistant U.S. Attorney

**O R D E R**

IT IS SO ORDERED.

Dated: July 15, 2009

                                        _____
                                        MORRISON C. ENGLAND, JR.
                                        UNITED STATES DISTRICT JUDGE